

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 5, 2026

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSEMENT.
The Court will hear from parties regarding this matter at the
hearing scheduled for today, March 5, 2026 at 2:00PM.

3/5/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:  ***United States* v. *Hiram Carrero*, 25 Cr. 593 (LJL)**

Dear Judge Liman:

The Government respectfully writes to request a brief adjournment of the change of plea hearing currently scheduled in this matter for later today, March 5, 2026, at 2:00 p.m.

While preparing for the hearing, the Government identified an inadvertent error in the operative indictment, filed December 18, 2025, which charges the defendant with arson, in violation of Title 18, United States Code, Section 844(f). (Dkt. 5, the "Indictment"). Unlike the underlying criminal complaint that was filed on December 5, 2025 (*see* Dkt. 1, the "Complaint"), the Indictment does not specifically allege that the defendant engaged in conduct that "directly or proximately cause[d] personal injury or create[d] a substantial risk of injury to any person," as required by 18 U.S.C. § 844(f)(2), and therefore does not reflect the statute's enhanced penalty provision. By contrast, the Complaint alleges, in part, that the defendant "ignited a fire that caused injury to a person . . . ." (Compl. ¶ 1). The facts underlying this allegation are detailed in the Complaint, (*see id.* ¶ 3), and the resultant difference is (i) a five-year mandatory minimum and 20-year maximum sentence versus (ii) a seven-year mandatory minimum and 40-year maximum sentence, *see* 18 U.S.C. §§ 844(f)(1) & (f)(2). It was the Government's intention to allege the same in the Indictment, but, unintentionally, it did not do so.

The Government plans to file a superseding indictment to remedy this oversight, and will endeavor to do so as quickly as possible, but is unable to do so before the 2:00 p.m. hearing today. Accordingly, the Government respectfully requests a brief adjournment of the hearing to Tuesday, March 10, 2026, in order to permit the Government time to address its unintentional error, and, should the Grand Jury return a superseding indictment, discuss with defense counsel whether the defendant still wishes to enter a change of plea. The Government has conferred with defense counsel and understands that they do not consent to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    _____/s/_____
Cameron Molis
Assistant United States Attorney
(212) 637-1085


cc:    Defense counsel (by ECF)