# EXHIBIT H

June 8, 2026

Dear Judge Liman:

First off, I want to say I am sorry. I am ashamed of what I did and disappointed in myself.

If I could talk to the person I hurt directly, to the victim of my crime, I would say, I strongly apologize for my actions. I hope that you are doing better and healing. When I think about what it must have been like for you, I tear up. I think a lot about what I did. I was not in the right state of mind.  I didn't realize how much I messed up and how bad you were hurt until the next morning. I am so so sorry.

I was drinking a lot and smoking weed every day when I was out. I was going to school off and on.  I see now if I want to do better, I need to stop drinking and smoking.  And I need to continue my education. Since I have been here, I have done the first phase of a parenting program and was able to pass the science section of the GED test. I want to pass the other three parts so that when I get out, I can have that for job interviews in the future. I am thinking that trade school could be a possibility for me.

I learned some new things about myself from this court case and for that I am grateful. I'm glad I found out, but I'm not glad I found out in this way. I really am just starting to understand who I am.

I know my mom is struggling without me in the household, from day to day activities and getting her medication. I have promised my family and now I promise Your Honor that I will never do anything to go to jail again.  Prison is a scary place. No matter who you are, anything can happen to you.  I have been taking it one day at a time.

I just want Your Honor to know how sorry I am.

Hiram Carrero