**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 22, 2026

REQUEST GRANTED.

9/23/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States* v. *Hiram Carrero*, 25 Cr. 593 (LJL)**

Dear Judge Liman:

The Government respectfully writes, with the consent of defense counsel, to request an additional 30 days to submit a proposed order of restitution in this case.

At the defendant's June 23, 2026 sentencing, the Court granted the Government's request to defer the imposition of restitution for a period of 90 days. During that time, the Government has repeatedly attempted to speak with the victim in this case to discuss restitution. While the Government has had difficulty reaching the victim, last week, the Government successfully made contact with the victim's son. The Government is therefore requesting an additional 30 days to determine what, if any, restitution the victim will be seeking in connection with his injuries and hospitalization.[1]

The Government understands that defense counsel does not object to the extension.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Cameron Molis
Assistant United States Attorney
(212) 637-1085

cc: Defense counsel (by ECF)

[1] The Government has separately been in contact with representatives from the Metropolitan Transportation Authority (the "MTA") and understands that the MTA plans to see approximately $1,021.01 in connection with fire damage to the train car in which the defendant's arson occurred.